391 A.2d 672

Commonwealth v. Abken, Appellant.

Submitted September 12, 1977. Margaret H. Poswistilo, Assistant Public Defender, for appellant; Richard J. Shiroff, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissented for the reasons stated in his dissenting opinion in *Commonwealth v. Walton,* 252 Pa.Super. 54, 380 A.2d 1278 (1977).

SPAETH, J., dissented for the reasons stated in his dissenting opinion in *Commonwealth v. Walton,* 252 Pa.Super. 54, 380 A.2d 1278 (1977), and his concurring opinion in *Commonwealth v. Adams,* 245 Pa.Super. 431, 369 A.2d 479 (1976).

WATKINS, former P. J., did not participate in the consideration or decision of this case.